810 A.2d 1196

**Perry M. ENGEL, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 120 MAP 2002.**

Supreme Court of Pennsylvania.

Nov. 20, 2002.

**ORDER**

PER CURIAM.

**AND NOW,** this 20th day of November, 2002, probable jurisdiction is noted and the order appealed is affirmed.